620

Commonwealth, Appellant, *v.* Donovan.

Argued January 12, 1971. Before BELL, C. J., JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

*Arlen Specter, District Attorney,* with him *James D. Crawford,* Deputy District Attorney, for Commonwealth, appellant.

No oral argument was made nor brief submitted for appellee.

OPINION PER CURIAM, March 18, 1971:

Appeal quashed. Cf. *Commonwealth v. Wrona,* 442 Pa. 201, 275 A. 2d 78 (1971).

Mr. Chief Justice BELL would dismiss the appeal for the reasons given in his concurring opinion filed in *Commonwealth v. Wrona.*